**AFFIRMED as MODIFIED and Opinion Filed February 4, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00410-CR

### REYES DAVID GARCIA A/K/A/ DAVID GARCIA REYES, Appellant
### V.
### THE STATE OF TEXAS, Appellee

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-70522-S**

## MEMORANDUM OPINION

Before Justices Schenck, Reichek, and Nowell
Opinion by Justice Reichek

A jury convicted Reyes David Garcia a/k/a David Garcia Reyes of sexual assault of a child

and assessed punishment at twenty years' imprisonment and a $10,000 fine. On appeal, appellant's

attorney filed a brief in which she concludes the appeal is wholly frivolous and without merit. The

brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a

professional evaluation of the record showing why, in effect, there are no arguable grounds to

advance. *See High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. [Panel Op.] 1978) (determining

whether brief meets requirements of *Anders*). Counsel delivered a copy of the brief to appellant.

We advised appellant of his right to file a pro se response, but he did not file a pro se response.

*See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (noting appellant has right to

file pro se response to *Anders* brief filed by counsel).

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal.

Although not an arguable issue, we note the trial court's judgment incorrectly recites the twenty-year sentence "shall run concurrently." The record shows, however, that pursuant to article 42.08 of the code of criminal procedure, the sentence would commence "upon completion of the 15-year sentence assessed in Cause Number F13-61746." *See* TEX. CODE CRIM. PROC. ANN. art. 42.08. Accordingly, on our own motion, we modify the trial court's judgment to show the sentence "shall run consecutively upon completion of the sentence in Cause No. F13-61746."

As modified, we affirm the trial court's judgment.

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
180410F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

REYES DAVID GARCIA A/K/A DAVID
GARCIA REYES, Appellant

No. 05-18-00410-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 282nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F16-70522-S.
Opinion delivered by Justice Reichek.
Justices Schenck and Nowell participating.

Based on the Court's opinion of this date, the judgment of the trial court is **MODIFIED** as follows:

The section entitled "this sentence shall run concurrently" is modified to show "this sentence shall run consecutively upon completion of the sentence assessed in Cause Number F13-61746."

As modified, we **AFFIRM** the trial court's judgment.

Judgment entered February 4, 2019.